UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
--------------------------------------------
ELAINE L. CHAO, Secretary of Labor,     :
United States Department of Labor,

                                        :

                       Plaintiff,

                                        :    Civil Action File
            v.

                                        :    No. 02-2836

SINDICATO DE GUARDIAS DE SEGURIDAD Y
OPERADORES DE CAMIONES BLINDADOS DE     :    (RLA)
PUERTO RICO,

                                        :

                       Defendant.

                                        :
--------------------------------------------

### PLAINTIFF SECRETARY OF LABOR'S INFORMATIVE MOTION

TO:  Honorable Raymond L. Acosta, U.S.D.J.
     U.S. District Court for the District of Puerto Rico
     U.S. Courthouse & Post Office Building
     300 Recinto Sur Street, Suite 348
     San Juan, Puerto Rico 00901

COMES NOW the plaintiff, Elaine L. Chao, Secretary of Labor, U.S. Department of Labor to inform this Honorable Court of the following:

1.  Pursuant to a Joint Stipulation of Settlement issued on April 1, 2004 in the United States District Court for the District of Puerto Rico, the defendant Sindicato de Guardias de Seguridad conducted an election on January 20, 2005 for the offices of President, Vice President, Secretary-Treasurer, Recording Secretary, and five Vocal positions under the supervision of the plaintiff Secretary of Labor.

2.   The names of the persons elected to the offices of President, Vice President, Secretary-Treasurer, Recording Secretary, and five Vocal positions conducted by the defendant Sindicato de Guardias de Seguridad in the supervised election are contained in the accompanying Certification of Election.

3.   These duly elected officers of Sindicato de Guardias de Seguridad shall serve a term of office which expires in December 2007.

4.   The plaintiff Secretary certifies that the supervised election was conducted in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 481 *et* *seq*.), and in conformity with the Constitution and Bylaws of the defendant labor organization insofar as lawful and practicable.

5.    WHEREFORE, the plaintiff moves the Honorable Court to take notice of the above.


DATED:    April 1, 2005
          New York, New York


                                    HOWARD M. RADZELY
                                    Solicitor of Labor

LOCAL COUNSEL:


H.S. GARCIA                         PATRICIA M. RODENHAUSEN
United States Attorney for          Regional Solicitor
the District of Puerto Rico


                              By:   _s/ Evan R. Barouh_____
                                    EVAN R. BAROUH
                                    Senior Trial Attorney

JOSE PIZARRO-ZAYAS  #116905
Assistant U.S. Attorney             U.S. Department of Labor,
Torre Chardon                       Attorneys for Plaintiff.
Suite 1201
350 Carlos Chardon Street           POST OFFICE ADDRESS:
Hato Rey, Puerto Rico 00918
Tel. (787) 766-5656                 Patricia M. Rodenhausen
                                    Regional Solicitor
                                    U.S. Department of Labor
                                    201 Varick Street, Room 983
                                    New York, New York 10014
                                    Tel. (212) 337-2087
                                    FAX Nos.: (212) 337-2112
                                          and (212) 337-2633
                                    E-mail:  NY-SOL-ECF@DOL.GOV