IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | ) ) ) | Civil Action File No. 02-2836 (RLA) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| SINDICATO DE GUARDIAS DE SEGURIDAD Y OPERADORES DE CAMIONES BLINDADOS DE PUERTO RICO, | ) ) ) ) | |
| Defendant. | ) ) | |

## CERTIFICATION OF ELECTION

The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to a Joint Stipulation of Settlement issued on April 1, 2004, in the United States District Court for the District of Puerto Rico, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 481 et. seq.) and in conformity with the appropriate provisions of the Constitution and Bylaws of defendant labor organization, insofar as lawful and practicable, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482 (c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

| | |
|---|---|
| Cecilio Allende | President |
| Richard Millien | Vice President |
| Juan Rosa Rondon | Secretary-Treasurer |
| Angel Rivera | Recording Secretary |
| Alfredo Mason | Vocal |
| Oscar Negron | Vocal |
| Sixto Ortiz | Vocal |
| Ernesto Gonzalez | Vocal |
| Jose Martinez | Vocal |

Signed this ___11th___ day of ___March___ 2005.

John H. Heaney
Chief, Division of Enforcement
Office of Labor-Management Standards
Employment Standards Administration
U.S. Department of Labor